**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:25-CV-01109 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| $110,000 IN US CURRENCY, | |
| Defendant. | |

**ORDER**

**MARCH 17, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.  The United States of America's motion for default judgment (Doc. 12) is **GRANTED**;

2.  All right, title and interest in the approximately $110,000 in United States currency, seized from Joseph Louis Ortiz on November 20, 2024, at Mile Marker 178.1, Interstate 80 west bound, is forfeited and vested in the United States of America, and shall be disposed of according to law;

3.  This Court shall retain jurisdiction over this matter for the purpose of enforcing this Order;

4.    The Clerk of Court is **DIRECTED** to send attested copies of this Order

to all counsel of record; and

5.    The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge